330 So.2d 113 (1976)
Albert Lee ANDERSON, Appellant,
v.
The STATE of Florida, Appellee.
No. 75-1472.
District Court of Appeal of Florida, Third District.
April 13, 1976.
Phillip A. Hubbart, Public Defender and Gerald D. Hubbart, Asst. Public Defender, for appellant.
Robert L. Shevin, Atty. Gen. and J. Robert Olian, Asst. Atty. Gen., for appellee.
Before BARKDULL, C.J., and PEARSON and HENDRY, JJ.
PER CURIAM.
Affirmed. See Dara v. State, Fla.App. 1973, 278 So.2d 334.